BEFORE THE SECOND DIVISION, OCTOBER 14, 1942

**No. 47635.**—Protests 60553–K, etc., of Hochschild, Kohn & Co. (Baltimore).

Opinion by TILSON, J. From an examination of the entire record and the samples in evidence the court was satisfied that the scalloped effects on the articles do not rise to the dignity of trimmings. Therefore, all merchandise invoiced as "Hand knitted infants woolen sacque sets" was held dutiable at 50 percent ad valorem, plus 50 cents per pound under paragraph 1114 (d) and T. D. 49753 as claimed.

**No. 47636.**—Protest 766090–G of Twin City Textile Mills (St. Paul).

Opinion by KINCHELOE, J. Cotton rags the same as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) were held entitled to free entry under paragraph 1750 in accordance with the percentage of rags used chiefly for paper making as set out in stipulation entered into between counsel.

**No. 47637.**—Protests 24985–G, etc., of F. Pavel & Co., Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that certain of the knit cotton glove linings for leather gloves are the same as those in *Pavel* v. *United States* (8 Cust. Ct. 337, C. D. 633) the claim at 37½ percent under paragraph 919 was sustained.

**No. 47638.**—Protests 10270–K, etc., of Ecusta Paper Corporation (Norfolk).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.

**No. 47639.**—Protests 10271–K, etc., of W. J. Green Co., Inc. (Norfolk).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Green* v. *United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.